1  WILLIAM D. CONNELL, Cal. State Bar No. 89124
2  SALLIE KIM, Cal. State Bar No. 142781
   KIMBERLY A. DONOVAN, State Bar No. 160729
3  GCA LAW PARTNERS LLP
   1891 Landings Drive
   Mountain View, CA  94043
4  (650) 428-3900
   (650) 428-3901 [fax]
5
6  Attorneys for Defendant QAD Inc.

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12

13 | MANI SUBRAMANIAN, as an individual and as a derivative action plaintiff, | **Case No. C-08-01426-JSW     [ECF]**
14 | Plaintiff, |
15 | vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16].
16 | ST. PAUL FIRE & MARINE INSURANCE COMPANY, et al, |
17 |   | Date Complaint Filed:  March 12, 2008
18 | Defendants. |

19

20         Pursuant to Civil L.R. 3-16, the undersigned, on behalf of Defendant QAD INC., certifies
21
   that the following listed persons, associations of persons, firms, partnerships, corporations
22
   (including parent corporations) or other entities (i) have a financial interest in the subject matter in
23
   controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
24
   matter or in a party that could be substantially affected by the outcome of this proceeding:
25
           QAD INC. is a publicly held corporation incorporated under the laws of the State of
26
   Delaware.  Since its initial public offering in August, 1997, QAD INC. stock has been traded on the
27
   NASDAQ under the symbol QADI.
28

Certification of Interested Entities or Persons       - 1 -

1   Except as set forth above, the undersigned, on behalf of Defendant QAD INC., certifies that
2   as of this date, other than the named parties, there is no such interest to report.
3   This Certification is made so that the court may evaluate any need for disqualification or
4   recusal in this matter.

6   Dated: June 9, 2008                              WILLIAM D. CONNELL
                                                     SALLIE KIM
7                                                    GCA LAW PARTNERS LLP

                                                     By: __/s/ *William D. Connell*__ .
                                                              William D. Connell

                                                     Attorneys for Defendant QAD Inc.