1
2
3
4
5
6
7
8
9
10

MANI SUBRAMANIAN
(Local California Mailing Address – for Court-related communications only)
c/o Robert Oca
P.O.Box 12231
San Francisco, CA 94112
Telephone: (206) 222-2341
Facsimile:  (206) 222-2341

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| SUBRAMANIAN, et al., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>ST.PAUL FIRE AND MARINE INS. et al., <br><br>　　　　Defendants | Case Nos.　　**C-08-1426 JSW** <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> **(SUPPLEMENTAL TO DOCUMENT ATTACHED TO THE BACK OF THE COMPLAINT)** <br><br> **Judge:**　　The Hon. Jeffrey S. White <br> **Hearing Date:** <br> **Time:** <br> **Courtroom:**　　2, 17th Floor |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Certificate of Interested Parties (Supplemental)　　　　　　　　　　　　　　　　　　Cover Page
**C-08-1426 JSW**

# CERTIFICATION OF INTERESTED ENTITITES

## (Supplemental)

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities [in subparagraphs (1) and (5) below],

(i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or

(ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding [in the three different cases 04-1249, 04-1403 and 04-1818, and especially in the newly filed matter 08-1426]:

(1) **Ms Monica Swanson** is advertised as being a new hire at Farella, Braun & Martel LLP, ("**FBM**") the firm representing Wulff in the mediation case, 04-1249, and which is also the subject of Rule 11 motions in the same case. [1]  Wulff is a party to this instant case, 08-1426, and FBM is a potential party.

(2) FBM, in the profile on its public web-site, describes Ms. Monica Swanson's background as having

> "recently completed a judicial clerkship under the Honorable Vaughn R. Walker, Chief Judge of the United States District for the Northern District of California. She also served as a summer judicial extern to the Honorable James Ware of the United States District Court for the Northern District of California."

---

[1] Filing party, during his search for a substitute attorney for the corporate Vedatech parties in the underlying cases 04-1249 VRW, 04-1403 VRW and 04-1818 VRW, and through the internet (world-wide web) [as necessitated by the refusal of the current attorneys in those underlying cases to assist even in filing an opposition to pending motions while their application to withdraw is being considered by the Court], and during a search of several attorney search websites, accidentally came across this information which he believes the Honorable Judge Vaughn R. Walker [and any other Judge dealing with this matter] must be alerted to for the Court's kind consideration.

Certificate of Interested Parties (Supplemental)                                    Page 1 of 2
*C-08-1426 JSW*

(3) In addition, in this instant new action 08-1426, FBM is named as a participant in the RICO activities underlying the cause of action, and is a potential party therein. Ms. Swanson, as is evident from the orders issued in the related case 06-3050 VRW, was a participant in adverse rulings against the Vedatech parties (at least the filer herein). Further information is known to the Honorable Judge Walker.

(4) In light of the above, the Honorable Judge Walker or any Judge considering this matter is respectfully requested to consider this information under Civil L-R 3-16.

(5) In addition, the following corporations have a financial interest in the plaintiff to this action 08-1426 JSW, in that plaintiff is a beneficial owner of the shares in these corporations. This information has already been appended to the Complaint in this action, but is set out herein for the avoidance of doubt:

a. VEDATECH K.K.;

b. VEDATECH INTERNATIONAL INC.;

c. VEDATECH INC.;

///

///

///

**Dated:   JUNE 16, 2008**          **MANI SUBRAMANIAN**

By _____ //s// _____
MANI S. SUBRAMANIAN
Plaintiff (08-1426)
Plaintiff (04-1249) and
Defendant (04-1403 and 04-1818)