# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Subramanian et. al.

**V.**

St.Paul Fire and Marine Insurance Co., et al.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  3:08-cv-01426-VRW

TO: (Name and address of defendant)

ROLAND DESILETS
Executive Vice President, General Counsel and Secretary, QAD Inc.
2111 Ortega Hill Road, Summerland, CA 93067
[Mailing/Alternate] Address:  100 Innovation Place, Santa Barbara, California 93108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MANI SUBRAMANIAN
c/o Robert Oca
P. O. Box 12231
San Francisco, CA 94112

an answer to the complaint which is herewith served upon you, within   20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK
MARIA LOO

DATE  July 21, 2008

| RETURN OF SERVICE |
|---|

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure