1  Douglas R. Young (State Bar No. 073248)
   Roderick M. Thompson (State Bar No. 96192)
2  Jessica K. Nall (State Bar No. 215149)
   Andrew W. Ingersoll (State Bar No. 221348)
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480
   dyoung@fbm.com
6  rthompson@fbm.com
   jnall@fbm.com
7  aingersoll@fbm.com

8  Attorneys for Defendant
   RANDALL WULFF
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | MANI SUBRAMANIAN, as an individual | Case No. 08-cv-1426-VRW
   | and citizen of Washington, and as a |
14 | derivative action plaintiff, | [PROPOSED] ORDER GRANTING
   | | DEFENDANT RANDALL WULFF'S
15 |           Plaintiff, | MOTIONS TO DISMISS OR, IN THE
   | | ALTERNATIVE, FOR SUMMARY
16 |    vs. | JUDGMENT AND/OR TO STRIKE
   | | COMPLAINT
17 | ST. PAUL FIRE AND MARINE |
   | INSURANCE COMPANY, a Minnesota | Date:    October 9, 2008
18 | Corporation, and QAD INC., a Delaware | Time:   2:30 p.m.
   | Corporation with principal place of | Dept:    Courtroom 6
19 | business in California, and ARTHUR | Judge:   Hon. Vaughn R. Walker
   | ANDERSEN LLP, a limited liability
20 | partnership headquartered in Chicago,
   | Illinois, and ANDERSEN WORLDWIDE
21 | SC, a Societe Cooperative headquartered in
   | Geneva, Switzerland, and JOHN
22 | DOORDAN, an individual and citizen of
   | California, and LAIFOON LEE, an
23 | individual and Citizen of California, and
   | ROLAND DESILETS, an individual and
24 | citizen of New Jersey, and WILLIAM D.
   | CONNELL, an individual an citizen of
25 | California, and GREENAN PFEFFER,
   | SALLANDER and LALLY LLP, a limited
26 | liability partnership headquartered in
   | California, and RANDALL WULFF, an
27 | individual and citizen of California, and
   | DOES 1-50,
28

[PROPOSED] ORDER GRANTING
WULFF'S MOTION TO DISMISS, ETC.
Case No. 08-cv-1426-VRW

23109\1648300.1

Defendants.

Defendant Randall Wulff's Motion to Dismiss or, in the Alternative, for Summary Judgment and/or to Strike Complaint in this action came on regularly for hearing before this Court on October 9, at 2:30 p.m. Having read and considered the papers submitted, and hearing the arguments of counsel and of plaintiff Mani Subramanian, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Defendant Randall Wulff's Motion to Dismiss is granted; the Complaint against Mr. Wulff is dismissed with prejudice and without leave to amend. Plaintiff Mani Subramanian is barred from suit against Mr. Wulff by *res judicata* based on the earlier dismissal of his claims against Mr. Wulff in Case No. 04-1249, by the California common law doctrine of absolute quasi-judicial immunity, by the statutory "litigation" privilege of California Civil Code § 47(b) and by the *Noerr-Pennington* doctrine.

Defendant Randall Wulff's Motion to Strike the allegations of the Complaint as they relate to him is also granted. The Complaint is barred by California Code of Civil Procedure Section 425.16 because it is based entirely on the protected speech of Mr. Wulff or his attorneys in the context of litigation.

Accordingly, Mr. Wulff's Motion to Dismiss and Motion to Strike are GRANTED in their entirety; the Complaint is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED: _____, 2008    _____
HON. VAUGHAN WALKER
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
WULFF'S MOTION TO DISMISS, ETC.
Case No. 08-cv-1426-VRW

- 2 -

23109\1648300.1