1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Nelson Hsieh (SBN 177128)
   nhsieh@gpsllp.com
3  Yen Chau (SBN 221087)
   ychau@gpsllp.com
4  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
5  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
6  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
7
8  Attorneys for Defendants ST. PAUL FIRE &
   MARINE INSURANCE CO. and
9  GREENAN, PEFFER, SALLANDER & LALLY LLP

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  MANI SUBRAMANIAN, as an individual and )   Case No. C08-1426 VRW
    citizen of Washington, and as a derivative )
14  action plaintiff,                          )
                                               )   **ST. PAUL'S NOTICE OF JOINDER AND**
15            Plaintiff,                        )   **JOINDER IN DEFENDANT RANDALL**
                                               )   **WULFF'S MOTION TO DISMISS OR, IN**
16       vs.                                    )   **THE ALTERNATIVE, FOR SUMMARY**
                                               )   **JUDGMENT AND/OR TO STRIKE**
17  ST. PAUL FIRE & MARINE INSURANCE          )   **COMPLAINT**
    COMPANY, a Minnesota Corporation, and     )
18  QAD, INC., a Delaware Corporation and      )
    principal place of business in California, and )  Date:   Octobert 9, 2008
19  ARTHUR ANDERSON LLP, a limited            )   Time:   2:30 p.m.
    liability partnership headquartered in Chicago, )  Dept.:  Courtroom 6
20  Illinois, and ANDERSEN WORLDWIDE SC, )      The Honorable Vaughn R. Walker
    a Societe Cooperative headquartered in     )
21  Geneva, Switzerland, and JOHN DOORDAN, )
    an individual and citizen of California, and )
22  LAIFOON LEE, an individual and Citizen of )
    California, and ROLAND DESILETS, an        )
23  individual and citizen of New Jersey, and   )
    WILLIAM D. CONNELL, an individual and     )
24  citizen of California, and GREENAN          )
    PEFFER, SALLANDER AND LALLY LLP, a)
25  limited liability partnership headquartered in )
    California, and RANDALL WULFF, an         )
26  Individual, and DOES 1-50, inclusive,       )
                                               )
27            Defendants.                       )
    _____)
28

Greenan,
Peffer,
Sallander &
Lally LLP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants St. Paul Fire & Marine Insurance Co. and Greenan Peffer Sallander & Lally, LLP hereby join in the Defendant Randall Wulff's Notice of Motion and Motion to Dismiss or in the Alternative, For Summary Judgment or To Strike Complaint of Mani Subramanian.

Dated:

GREENAN, PEFFER, SALLANDER & LALLY LLP


By: _____/s/_____
            JAMES S. GREENAN
    Attorneys for Defendants ST. PAUL FIRE &
    MARINE INSURANCE CO. and GREENAN
    PEFFER SALLANDER & LALLY, LLP

Greenan,
Peffer,
Sallander &
Lally LLP

1