| | |
|---|---|
| 1 | James S. Greenan (SBN 53648) |
|   | jgreenan@gpsllp.com |
| 2 | Nelson Hsieh (SBN 177128) |
|   | nhsieh@gpsllp.com |
| 3 | Yen Chau (SBN 221087) |
|   | ychau@gpsllp.com |
| 4 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
|   | Post Office Box 10 |
| 5 | 6111 Bollinger Canyon Road, Suite 500 |
|   | San Ramon, California 94583 |
| 6 | Telephone: (925) 866-1000 |
|   | Facsimile: (925) 830-8787 |
| 7 | |
| 8 | Attorneys for Defendants ST. PAUL FIRE & MARINE INSURANCE CO. and GREENAN, PEFFER, SALLANDER & LALLY LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff, | ) ) ) | Case No. C08-1426 VRW |
| Plaintiff, | ) ) ) | **ST. PAUL'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT QAD'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND/OR TO STRIKE COMPLAINT** |
| vs. | ) ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation, and QAD, INC., a Delaware Corporation and principal place of business in California, and ARTHUR ANDERSON LLP, a limited liability partnership headquartered in Chicago, Illinois, and ANDERSEN WORLDWIDE SC, a Societe Cooperative headquartered in Geneva, Switzerland, and JOHN DOORDAN, an individual and citizen of California, and LAIFOON LEE, an individual and Citizen of California, and ROLAND DESILETS, an individual and citizen of New Jersey, and WILLIAM D. CONNELL, an individual and citizen of California, and GREENAN PEFFER, SALLANDER AND LALLY LLP, a limited liability partnership headquartered in California, and RANDALL WULFF, an Individual, and DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date:  October 9, 2008<br>Time:  2:30 p.m.<br>Dept.: Courtroom 6<br>The Honorable Vaughn R. Walker |
| Defendants. | ) | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that Defendants St. Paul Fire & Marine Insurance Co. and

3  Greenan Peffer Sallander & Lally, LLP hereby join in Defendants QAD Inc., William D.

4  Connell, John Doordan, and Lai Foon Lee's Notice of Motion and Motion to Dismiss Complaint

5  of Mani Subramanian.

6  Dated:

7                                                                    GREENAN, PEFFER, SALLANDER & LALLY LLP

9                                         By:   /s/
10                                                JAMES S. GREENAN
                                           Attorneys for Defendants ST. PAUL FIRE &
11                                         MARINE INSURANCE CO. and GREENAN
                                           PEFFER SALLANDER & LALLY, LLP

Greenan, Peffer, Sallander & Lally LLP

1

Notice of Joinder and Joinder in Defendant QAD's Motion to Dismiss          Case No. 08-1426 VRW