1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Nelson Hsieh (SBN 177128)
   nhsieh@gpsllp.com
3  Yen Chau (SBN 221087)
   ychau@gpsllp.com
4  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
5  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
6  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
7
   Attorneys for Defendants ST. PAUL FIRE &
8  MARINE INSURANCE CO. and
   GREENAN, PEFFER, SALLANDER &
9  LALLY LLP

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  MANI SUBRAMANIAN, as an individual and ) Case No. C08-1426 VRW
    citizen of Washington, and as a derivative  )
14  action plaintiff,                           )
                                                ) **[PROPOSED] ORDER DECLARING**
15              Plaintiff,                      ) **PLAINTIFF MANI SUBRAMANIAN A**
                                                ) **VEXATIOUS LITIGANT AND**
16        vs.                                   ) **GRANTING REQUEST FOR PRE-**
                                                ) **FILING ORDER PURSUANT TO 28 USC**
17  ST. PAUL FIRE & MARINE INSURANCE            ) **SECTION 1651**
    COMPANY, a Minnesota Corporation, and       )
18  QAD, INC., a Delaware Corporation and       ) Date:   October 9, 2008
    principal place of business in California, and ) Time:  2:30 p.m.
19  ARTHUR ANDERSON LLP, a limited              ) Dept.:  Courtroom 6
    liability partnership headquartered in Chicago, ) The Honorable Vaughn R. Walker
20  Illinois, and ANDERSEN WORLDWIDE SC,        )
    a Societe Cooperative headquartered in      )
21  Geneva, Switzerland, and JOHN DOORDAN,      )
    an individual and citizen of California, and )
22  LAIFOON LEE, an individual and Citizen of   )
    California, and ROLAND DESILETS, an         )
23  individual and citizen of new jersey, and   )
    WILLIAM D. CONNELL, an individual and       )
24  citizen of California, and GREENAN          )
    PEFFER, SALLANDER AND LALLY LLP, a)
25  limited liability partnership headquartered in )
    California, and RANDALL WULFF, an           )
26  Individual, and DOES 1-50, inclusive,       )
                                                )
27              Defendants.                     )

28

1   On October 9, 2008 at 2:30 p.m. in Courtroom 6 Defendant St. Paul Fire & Marine's
2   ("St. Paul") motion for an Order declaring plaintiff Mani Subramanian ("Subramanian") a
3   vexatious litigant and for a pre-filing Order pursuant to 28 United States Code Section 1651 was
4   heard.
5   Based upon the written submissions and oral argument of the parties, this Court grants
6   the motion to declare Mani Subramanian a vexatious litigant and orders that Subramanian obtain
7   leave of the Court to file any future action or motion related to the Settlement Agreement of
8   September 2004 which was at issue in Case No. 04-1249 VRW and related Cases Nos. 04-1403
9   VRW and 04-1818 VRW, and this instant action, 08-1426 VRW. Subramanian is required to
10  obtain leave of this Court to file any motion related to the Settlement Agreement of September
11  2004 in any of the following cases: Case No. 04-1249 VRW, 04-1403 VRW, 04-1818 VRW, and
12  this instant action, 08-1426 VRW. Subramanian is also required to obtain leave of this Court to
13  file any future action related to the Settlement Agreement.

15  IT IS SO ORDERED.

17  Dated: _____

18                                          VAUGHN R WALKER
                                            United States District Chief Judge