1  James S. Greenan (SBN 53648)
   jgreenan@gpsllp.com
2  Nelson Hsieh (SBN 177128)
   nhsieh@gpsllp.com
3  Yen Chau (SBN 221087)
   ychau@gpsllp.com
4  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
5  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
6  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
7
   Attorneys for Defendants ST. PAUL FIRE &
8  MARINE INSURANCE CO. and
   GREENAN, PEFFER, SALLANDER & LALLY LLP
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  MANI SUBRAMANIAN, as an individual and  ) Case No. C08-1426 VRW
    citizen of Washington, and as a derivative )
14  action plaintiff,                          )
                                               ) **[PROPOSED] ORDER GRANTING ST.**
15              Plaintiff,                     ) **PAUL'S MOTION TO DISMISS THE**
                                               ) **COMPLAINT OF MANI SUBRAMANIAN**
16       vs.                                   ) **FOR:**
                                               )
17  ST. PAUL FIRE & MARINE INSURANCE           )   1. **SET ASIDE JUDGMENT AND**
    COMPANY, a Minnesota Corporation, and      )      **ORDER (FRCivP rule 60(d)(1);**
18  QAD, INC., a Delaware Corporation and      )   2. **CIVIL RICO (18 U.S.C. §1964 et**
    principal place of business in California, and )    **seq.);**
19  ARTHUR ANDERSON LLP, a limited             )   3. **FRAUD AND CONSPIRACY TO**
    liability partnership headquartered in Chicago, )    **FRAUD;**
20  Illinois, and ANDERSEN WORLDWIDE SC,       )   4. **UNFAIR COMPETITION;**
    a Societe Cooperative headquartered in     )   5. **VIOLATION OF**
21  Geneva, Switzerland, and JOHN DOORDAN,     )      **CONSTITUTIONAL RIGHTS (42**
    an individual and citizen of California, and )    **U.S.C. §1983).**
22  LAIFOON LEE, an individual and Citizen of  )
    California, and ROLAND DESILETS, an        ) Date:  October 9, 2008
23  individual and citizen of New Jersey, and  ) Time:  2:30 p.m.
    WILLIAM D. CONNELL, an individual and      ) Dept.: Courtroom 6
24  citizen of California, and GREENAN         ) The Honorable Vaughn R. Walker
    PEFFER, SALLANDER AND LALLY LLP, a)
25  limited liability partnership headquartered in )
    California, and RANDALL WULFF, an          )
26  Individual, and DOES 1-50, inclusive,      )
                                               )
27              Defendants.                    )
                _____
28

1  Based upon the motion of St. Paul Fire & Marine Insurance Company ("St. Paul"), and
2  the written submissions and oral argument of the parties, this Court grants St. Paul's motion to
3  dismiss the Complaint of Mani Subramanian 1) to Set Aside Judgment and Order; 2) Civil Rico;
4  3) Fraud and Conspiracy to Fraud; 4) Unfair Competition; and 5) Violation of Constitutional
5  Rights without leave to amend.

6  The alleged conduct of St. Paul does not "show an unconscionable plan or scheme which
7  is designed to improperly influence the court in its decision." *England v. Doyle*, 281 F.2d 304,
8  309 (9th Cir. 1960). Nor is the conduct of St. Paul egregious and attacking the judicial machinery
9  itself. *Travelers Cas. & Sur. Co. v. Crow & Sutton Associates,* 228 F.R.D. 125 (N.D. NY 2005).

10  The actions for Civil Rico, Fraud and Conspiracy to Fraud, Unfair Competition and
11  Violation of Constitutional Rights all must be dismissed as they are all barred by res judicata,
12  claims splitting and *Noerr-Pennington* immunity. This Court grants St. Paul's Request for
13  Judicial Notice.

15  IT IS ORDERED.
16  Dated: _____

17  VAUGHN R WALKER
    United States District Chief Judge

Greenan,
Peffer,
Sallander &
Lally LLP

1

Proposed Order Granting Motion to Dismiss Complaint of Mani Subramanian    Case No. 08-1426 VRW