WILLIAM D. CONNELL, Cal. State Bar No. 89124
bconnell@gcalaw.com
SALLIE KIM, Cal. State Bar No. 142781
skim@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc., John Doordan, Lai Foon Lee, and William D. Connell

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual etc., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al. (including QAD INC., a Delaware Corporation with principal place of business in California; JOHN DOORDAN, an individual and citizen of California; LAI FOON LEE, an individual and citizen of California; ROLAND DESILETS, an individual and citizen of New Jersey; and, WILLIAM D. CONNELL, an individual and citizen of California), <br><br> Defendants. | **Case No.  08-cv-1426-VRW   [ECF]** <br><br> Date:     October 9, 2008 <br> Time:    2:30 p.m. <br> Dept:     Courtroom 6 <br> Judge:   Hon. Vaughn R. Walker |

**NOTICE OF MOTION BY DEFENDANTS
QAD INC., WILLIAM D. CONNELL, JOHN DOORDAN, AND LAI FOON LEE
TO DISMISS COMPLAINT PURSUANT TO FRCP RULE 12(b)(6)**

QAD Defendants' Notice of Motion to Dismiss
[FRCP 12(b)(6)]

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on October 9, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard, before The Hon. Vaughn R. Walker, in Courtroom No. 6, on the 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, defendants QAD INC., JOHN DOORDAN, LAI FOON LEE, and WILLIAM D. CONNELL (collectively "QAD-Related Defendants") will and hereby do move the Court in the above-captioned matter for an Order dismissing the Complaint, and each and every cause of action therein, on the grounds set forth below.

The QAD-Related Defendants make this Motion pursuant to Rule 12(b)(6), and on the grounds that: (1) the Complaint, and each and every purported cause of action therein, fail to state any claim upon which relief can be granted, in that:

1. The Complaint, and each and every purported cause of action therein, are barred by the doctrine of *res judicata*;

2. The First Cause of Action (to set aside this Court's Order dismissing the claims in Case No. 04-1249-VRW) should be dismissed as duplicative litigation and lacking any justification;

3. The Second, Fourth, and Fifth Causes of Action are barred by the statutes of limitations respectively applicable to each;

4. The Second Cause of Action is barred by the *Noerr-Pennington* doctrine; and,

5. The Complaint, and each and every purported cause of action therein, fail to state facts sufficient to set forth a claim for relief.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, with exhibits, filed by the QAD-Related Defendants concurrently herewith, the Complaint on file herein, and such further matters and argument, oral or written, as the Court may entertain at the hearing hereof.

///

///

///

QAD Defendants' Notice of Motion to Dismiss
[FRCP 12(b)(6)]

1  Dated: August 4, 2008

WILLIAM D. CONNELL
SALLIE KIM
GCA LAW PARTNERS LLP

By: *William D. Connell* .
        William D. Connell

By: *Sallie Kim* .
        Sallie Kim

Attorneys for Defendants QAD Inc., John Doordan, Lai Foon Lee, and William D. Connell

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

QAD Defendants' Notice of Motion to Dismiss
[FRCP 12(b)(6)]