```
 1  James S. Greenan (SBN 53648)
    jgreenan@gpsllp.com
 2  Nelson Hsieh (SBN 177128)
    nhsieh@gpsllp.com
 3  Yen Chau (SBN 221087)
    ychau@gpsllp.com
 4  GREENAN, PEFFER, SALLANDER & LALLY LLP
    Post Office Box 10
 5  6111 Bollinger Canyon Road, Suite 500
    San Ramon, California 94583
 6  Telephone: (925) 866-1000
    Facsimile: (925) 830-8787
 7
    Attorneys for Defendants ST. PAUL FIRE &
 8  MARINE INSURANCE CO. and
    GREENAN, PEFFER, SALLANDER &
 9  LALLY LLP
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff,<br><br>             Plaintiff,<br><br>  vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation, and QAD, INC., a Delaware Corporation and principal place of business in California, and ARTHUR ANDERSON LLP, a limited liability partnership headquartered in Chicago, Illinois, and ANDERSEN WORLDWIDE SC, a Societe Cooperative headquartered in Geneva, Switzerland, and JOHN DOORDAN, an individual and citizen of California, and LAIFOON LEE, an individual and Citizen of California, and ROLAND DESILETS, an individual and citizen of new jersey, and WILLIAM D. CONNELL, an individual and citizen of California, and GREENAN PEFFER, SALLANDER AND LALLY LLP, a limited liability partnership headquartered in California, and RANDALL WULFF, an Individual, and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. C08-1426 VRW<br><br>**PROOF OF SERVICE BY MAIL OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ST. PAUL'S MOTION TO DISMISS THE COMPLAINT OF MANI SUBRAMANIAN FOR:**<br><br>1. SET ASIDE JUDGMENT AND ORDER (FRCivP rule 60(d)(1));<br>2. CIVIL RICO (18 U.S.C. §1964 et seq.);<br>3. FRAUD AND CONSPIRACY TO FRAUD;<br>4. UNFAIR COMPETITION;<br>5. VIOLATION OF CONSTITUTIONAL RIGHTS (42 U.S.C. §1983).<br><br>Date: October 9, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom 6<br>The Honorable Vaughn R. Walker |

# PROOF OF SERVICE

I, the undersigned, hereby declare:

I am employed in the County of Contra Costa, State of California, in the office of a member of the bar of this court, at whose direction the following service was made. I am over the age of 18 and not a party to this legal action. My business address is: Greenan, Peffer, Sallander & Lally, 6111 Bollinger Canyon Road, Suite 500, San Ramon, California 94583.

On the date given below, from the business address indicated above, I served a true and correct copy of:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ST. PAUL'S MOTION TO DISMISS THE COMPLAINT OF MANI SUBRAMANIAN FOR (1) SET ASIDE JUDGMENT AND ORDER, (2) CIVIL RICO, (3) FRAUD AND CONSPIRACY TO FRAUD, (4) UNFAIR COMPETITION, AND (5) VIOLATION OF CONSTITUTIONAL RIGHTS**

on the interested parties in this matter by enclosing said document(s) in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[X]  **[BY MAIL]**  I am readily familiar with the business practice of Greenan, Peffer, Sallander & Lally for collection and processing of correspondence for mailing with the United States Postal Service, wherein the correspondence would be deposited with the United States Postal Service that same day, in the ordinary course of business. I served such envelope(s) in accordance with said business practice. [CCP 1013a]

[ ]  **[BY FACSIMILE]**  I placed said document(s) to be transmitted via facsimile to the party (ies) at the facsimile number(s) indicated. Said transmission was reported as complete and without error by the transmitting machine. A copy of the transmission report is attached hereto; [Rule 2008(c), CCP section 1013(f)].

[ ]  **[BY OVERNIGHT DELIVERY]**  I caused such envelope(s) to be deposited with or in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier of said carrier, delivery fees paid or provided for, to be delivered the next business day. [CCP 1013(c)]

[ ]  **[BY PERSONAL SERVICE]**  I delivered or caused to be delivered each document by hand this date to the addressee(s) listed below.

[ ]  **[BY ELECTRONIC SERVICE]**  I caused such document(s) to be transmitted electronically to the party (ies), at the electronic mailing address (es) indicated above. Said transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 5, 2008** at San Ramon, California.

_Linda J. Hollie_
Linda J. Hollie

## SERVICE LIST

*MANI SUBRAMANIAN v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, et al.*
(U. S. District Court for the Northern District of California, Case No. C08-1426 VRW)

| | |
|---|---|
| Mani Subramanian<br>*In Pro Per*<br>c/o Robert Oca<br>P. O. Box 12231<br>San Francisco, CA 94112 | **Attorneys for Plaintiff Mani Subramanian** |
| William D. Connell<br>GCA Law Partners LLP<br>1891 Landings Drive<br>Mountain View, CA 94043 | **Attorneys for Defendants QAD Inc., John Doordan, Laifoon Lee and William D. Connell** |
| Sallie Kim<br>GCA Law Partners LLP<br>1891 Landings Drive<br>Mountain View, CA 94043 | **Attorneys for Defendant William D. Connell** |
| Andrew Wood Ingersoll<br>Roderick Manley Thompson<br>Farella Braun & Martel LLP<br>235 Montgomery St., 17th Fl.<br>San Francisco, CA 94104 | **Attorneys for Defendant Randall WULFF** |