1  FREDERICK S. FIELDS (36354)
   SUSAN K. JAMISON (131867)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:   ef-ffields@cpdb.com,
5           ef-skj@cpdb.com

6  Attorneys for Defendant
   ARTHUR ANDERSEN LLP
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff,<br><br>            Plaintiff,<br><br>    v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, et al.,<br><br>            Defendants. | Case No. 08-1426 VRW<br><br>**[PROPOSED] ORDER GRANTING ARTHUR ANDERSEN LLP'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date:     October 9, 2008<br>Time:     2:30 p.m.<br>Dept.:    Courtroom 6<br>Judge:    Hon. Vaughn R. Walker |

        Defendant Arthur Andersen LLP's Motion to Dismiss Or, In The Alternative, For Summary Judgment in this action came on regularly for hearing before this Court on October 9, 2008 at 2:30 p.m.  Having read and considered the papers submitted and hearing the arguments of counsel and plaintiff Mani Subramanian, and good cause appearing therefor,

**[PROPOSED] ORDER GRANTING ARTHUR ANDERSEN LLP'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

**1**     IT IS HEREBY ORDERED THAT:

**2**     Defendant Arthur Andersen LLP's Motion to dismiss is granted; the Complaint against
**3** Andersen is dismissed with prejudice and without leave to amend, and judgment is to be entered in
**4** Andersen's favor.

**6** DATED: _____, 2008     _____
**7**     Vaughn R. Walker
    United States District Chief Judge

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

2      Case No. 08-1426 VRW
**[PROPOSED] ORDER GRANTING ARTHUR ANDERSEN LLP'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**