1  Douglas R. Young (State Bar No. 073248)
   Roderick M. Thompson (State Bar No. 96192)
2  Jessica K. Nall (State Bar No. 215149)
   Andrew W. Ingersoll (State Bar No. 221348)
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480
   dyoung@fbm.com
6  rthompson@fbm.com
   jnall@fbm.com
7  aingersoll@fbm.com

8  Attorneys for Defendant
   RANDALL WULFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff,<br><br>Plaintiff,<br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, and QAD INC., a Delaware Corporation with principal place of business in California, and ARTHUR ANDERSEN LLP, a limited liability partnership headquartered in Chicago, Illinois, and ANDERSEN WORLDWIDE SC, a Societe Cooperative headquartered in Geneva, Switzerland, and JOHN DOORDAN, an individual and citizen of California, and LAIFOON LEE, an individual and Citizen of California, and ROLAND DESILETS, an individual and citizen of New Jersey, and WILLIAM D. CONNELL, an individual an citizen of California, and GREENAN PFEFFER, SALLANDER and LALLY LLP, a limited liability partnership headquartered in California, and RANDALL WULFF, an individual and citizen of California, and DOES 1-50,<br><br>Defendants. | Case No. 08-cv-1426-VRW<br><br>**DEFENDANT RANDALL WULFF'S NOTICE OF JOINDER AND JOINDER IN ST. PAUL'S MOTION TO DECLARE PLAINTIFF MANI SUBRAMANIAN A VEXATIOUS LITIGANT**<br><br>Date: October 9, 2008<br>Time: 2:30 p.m.<br>Dept: Courtroom 6<br>Judge: Hon. Vaughn R. Walker |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WULFF'S JOINDER IN ST. PAUL'S
VEXATIOUS LIT. MOTION
Case No. 08-cv-1426-VRW

23109\1709861.1

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, on October 9, 2008, at 2:30 p.m., or as soon thereafter as
3   the matter may be heard, before The Hon. Vaughn R. Walker, in Courtroom No. 6, on the 17th
4   Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California
5   94102, defendant Randall Wulff ("Wulff") will and hereby does join in the Motion filed with the
6   Court in the above-captioned matter by Defendant St. Paul Fire and Marine Insurance Company
7   ("St. Paul") , Inc. for an Order declaring Plaintiff Mani Subramanian a vexatious litigant and for a
8   pre-filing Order pursuant to 28 United States Code Section 1651 requiring Subramanian to obtain
9   Court approval before filing any future action or motion related to the settlement agreement of
10  September 2004.

11  Wulff makes this Joinder based on this Notice, the Memorandum of Points and
12  Authorities and Requests for Judicial Notice filed by St. Paul in support of its Motion for an
13  Order declaring Plaintiff Mani Subramanian a vexatious litigant and for a pre-filing Order, and
14  such further matters and argument, oral or written, as the Court may entertain at the hearing
15  hereof.

16  Dated: September 4, 2008                    FARELLA BRAUN & MARTEL LLP

18                                              By:      /s/
                                                     Roderick M. Thompson
19
                                                Attorneys for Defendant
20                                              RANDALL WULFF

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WULFF'S JOINDER IN ST. PAUL'S
VEXATIOUS LIT. MOTION         - 2 -                                    23109\1709861.1
Case No. 08-cv-1426-VRW