1  Douglas R. Young (State Bar No. 073248)
   Roderick M. Thompson (State Bar No. 96192)
2  Jessica K. Nall (State Bar No. 215149)
   Andrew W. Ingersoll (State Bar No. 221348)
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480
   dyoung@fbm.com
6  rthompson@fbm.com
   jnall@fbm.com
7  aingersoll@fbm.com

8  Attorneys for Defendant
   RANDALL WULFF

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 | MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff, | Case No. 08-cv-1426-VRW
   |   | **DEFENDANT RANDALL WULFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   | Plaintiff, |
   | vs. |
   | ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, and QAD INC., a Delaware Corporation with principal place of business in California, and ARTHUR ANDERSEN LLP, a limited liability partnership headquartered in Chicago, Illinois, and ANDERSEN WORLDWIDE SC, a Societe Cooperative headquartered in Geneva, Switzerland, and JOHN DOORDAN, an individual and citizen of California, and LAIFOON LEE, an individual and Citizen of California, and ROLAND DESILETS, an individual and citizen of New Jersey, and WILLIAM D. CONNELL, an individual an citizen of California, and GREENAN PFEFFER, SALLANDER and LALLY LLP, a limited liability partnership headquartered in California, and RANDALL WULFF, an individual and citizen of California, and DOES 1-50, |
   | Defendants. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERT. OF INTERESTED ENTITIES.
Case No. 08-cv-1426-VRW

23109\1710143.1

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

3 | Dated: September 4, 2008     FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
  Roderick M. Thompson

Attorneys for Defendant
RANDALL WULFF

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERT. OF INTERESTED ENTITIES.
Case No. 08-cv-1426-VRW     - 2 -     23109\1710143.1