WILLIAM D. CONNELL, Cal. State Bar No. 89124
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc.,
Lai Foon Lee, John Doordan, and
William D. Connell

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual and as a derivative action plaintiff,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,  et al,<br><br>Defendants. | **Case No. C-08-01426-VRW      [ECF]**<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16].<br><br>Date Complaint Filed:  March 12, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned, on behalf of Defendants Lai Foon Lee, John Doordan, and William D. Connell, certifies that as of this date, other than the named parties, said Defendants have no such interest to report.

///

///

///

///

Certification of Interested Entities or Persons        - 1 -

1 | This Certification is made so that the Court may evaluate any need for disqualification or
2 | recusal in this matter.

4 | Dated: September 4, 2008

WILLIAM D. CONNELL
SALLIE KIM
GCA LAW PARTNERS LLP

By: ___/s/ William D. Connell___.
       William D. Connell

Attorneys for Defendants QAD Inc.,
Lai Foon Lee, John Doordan, and
William D. Connell

Certification of Interested Entities or Persons    - 2 -

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900