WILLIAM D. CONNELL, Cal. State Bar No. 89124
bconnell@gcalaw.com
SALLIE KIM, Cal. State Bar No. 142781
skim@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc., John Doordan,
Lai Foon Lee, and William D. Connell

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual etc., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al. (including QAD INC., a Delaware Corporation with principal place of business in California; JOHN DOORDAN, an individual and citizen of California; LAI FOON LEE, an individual and citizen of California; ROLAND DESILETS, an individual and citizen of New Jersey; and, WILLIAM D. CONNELL, an individual and citizen of California), <br><br> Defendants. | Case No.  08-cv-1426-VRW   [ECF] <br><br> Date:      October 9, 2008 <br> Time:     2:30 p.m. <br> Dept:     Courtroom 6 <br> Judge:   Hon. Vaughn R. Walker |

**[PROPOSED] ORDER
GRANTING MOTION BY DEFENDANTS
QAD INC., WILLIAM D. CONNELL, JOHN DOORDAN, AND LAI FOON LEE
TO DISMISS COMPLAINT PURSUANT TO FRCP RULE 12(b)(6)**

[Proposed] ORDER Granting QAD Defendants'
Motion to Dismiss Complaint [FRCP 12(b)(6)]

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1  The Motion of defendants QAD INC., JOHN DOORDAN, LAI FOON LEE, and
2  WILLIAM D. CONNELL (collectively "QAD-Related Defendants") to Dismiss the Complaint in
3  the above-captioned action [Docket Nos. 29 and 30] came on regularly for hearing before this
4  Court on October 9, 2008.

5  Upon consideration of the papers filed in support of, and in opposition to, the Motion, and
6  hearing the oral arguments of counsel for defendants and of Plaintiff Mani Subramanian, and good
7  cause appearing therefore,

8  IT IS HEREBY ORDERED:

9  The QAD-Related Defendants' Request for Judicial Notice [Docket No. 31] is GRANTED.

10  The QAD-Related Defendants' Motion to Dismiss Complaint pursuant to Rule 12(b)(6),
11  Fed.R.Civ.Proc., is GRANTED.  The Complaint, and each and every purported cause of action
12  therein, fail to state any claim upon which relief can be granted as to the QAD-Related Defendants,
13  in that:

14  1.  The Complaint, and each and every cause of action therein, are barred by the
15  doctrine of *res judicata*;

16  2.  The First Cause of Action (to set aside this Court's Order dismissing the claims in
17  Case No. 04-1249-VRW) is duplicative litigation and lacking any justification;

18  3.  The Second, Fourth, and Fifth Causes of Action are barred by the statutes of
19  limitations respectively applicable to each;

20  4.  The Second Cause of Action is barred by the *Noerr-Pennington* doctrine; and,

21  5.  The Complaint, and each and every cause of action therein, fail to state facts
22  sufficient to set forth a claim for relief.

23  Based on the foregoing, the Complaint is dismissed in its entirety, with prejudice, and
24  without leave to amend.

25

Dated: _____, 2008
26

27                                              _____.
                                                     HON. VAUGHN R. WALKER
28                                              Chief Judge, United States District Court

[Proposed] ORDER Granting QAD Defendants'
Motion to Dismiss Complaint [FRCP 12(b)(6)]

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900