1  WILLIAM D. CONNELL, Cal. State Bar No. 89124
   bconnell@gcalaw.com
2  SALLIE KIM, Cal. State Bar No. 142781
   skim@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Drive
4  Mountain View, CA 94043
   (650) 428-3900
5  (650) 428-3901 [fax]

6  Attorneys for Defendants QAD Inc., John Doordan,
   Lai Foon Lee, and William D. Connell
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual etc., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al. (including QAD INC., a Delaware Corporation with principal place of business in California; JOHN DOORDAN, an individual and citizen of California; LAI FOON LEE, an individual and citizen of California; ROLAND DESILETS, an individual and citizen of New Jersey; and, WILLIAM D. CONNELL, an individual and citizen of California), <br><br> Defendants. | Case No. 08-cv-1426-VRW [ECF] <br><br><br> Date:    October 9, 2008 <br> Time:    2:30 p.m. <br> Dept:    Courtroom 6 <br> Judge:   Hon. Vaughn R. Walker |

**NOTICE OF JOINDER AND JOINDER BY DEFENDANTS
QAD INC., WILLIAM D. CONNELL, JOHN DOORDAN, AND LAI FOON LEE
IN ST. PAUL'S MOTION TO
DECLARE PLAINTIFF MANI SUBRAMANIAN
A VEXATIOUS LITIGANT [Docket No. 22]**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on October 9, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard, before The Hon. Vaughn R. Walker, in Courtroom No. 6, on the 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, defendants QAD INC., JOHN DOORDAN, LAI FOON LEE, and WILLIAM D. CONNELL (collectively "QAD-Related Defendants") will and hereby do join in the Motion filed in the above-captioned matter by defendant St. Paul Fire & Marine Insurance Company ("St. Paul") [Docket Nos. 22 and 28] for an Order declaring that Plaintiff Mani Subramanian ("Subramanian") is a vexatious litigant and for a pre-filing order, pursuant to 28 U.S.C. § 1651, requiring Subramanian to obtain the approval of the Court for the filing of any future action or motion relating to the subject matters specified in St. Paul's Motion.

The QAD-Related Defendants make this Joinder based on this Notice of Joinder, the Notice of Motion, Memorandum of Points and Authorities, and Request for Judicial Notice filed by St. Paul in support of its Motion [Docket Nos. 22 and 28], and on such further argument and evidence, written or oral, as the Court may entertain upon the consideration of this matter.

Dated: September 4, 2008

WILLIAM D. CONNELL
SALLIE KIM
GCA LAW PARTNERS LLP

By: *William D. Connell* .
    William D. Connell

By: *Sallie Kim* .
    Sallie Kim

Attorneys for Defendants QAD Inc., John Doordan, Lai Foon Lee, and William D. Connell

QAD Defendants' Joinder in St. Paul's Vexatious Litigant Motion