FREDERICK S. FIELDS (36354)
SUSAN K. JAMISON (131867)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-ffields@cpdb.com,
         ef-skj@cpdb.com

Attorneys for Defendant
ARTHUR ANDERSEN LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN, as an individual and citizen of Washington, and as a derivative action plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, et al.,<br><br>Defendants. | Case No. 08-1426 VRW<br><br>**DEFENDANT ARTHUR ANDERSEN LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned, on behalf of Defendant Arthur Andersen LLP certifies that as of this date, other than the named parties, said Defendant has no such interest to report.

DATED: September 4, 2008           COBLENTZ, PATCH, DUFFY & BASS LLP


                                   By:      /s/
                                        Frederick S. Fields
                                        Attorneys for Defendant
                                        ARTHUR ANDERSEN LLP

DEFENDANT ARTHUR ANDERSEN LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS