IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI SUBRAMANIAN, | No C 08-1426 VRW |
| Plaintiff, | ORDER |
| v | |
| ST PAUL FIRE AND MARINE INSURANCE COMPANY, et al, | |
| Defendants. | |

  Because the court finds defendants' motions to dismiss plaintiff's first amended complaint, Docs ##48, 49, 52, 57, 78, 85, and plaintiff's motion to consolidate, Doc #59, suitable for determination without oral argument, the hearings scheduled for January 8, 2009, February 12, 2009 and April 2, 2009 are VACATED. See Civ LR 7-1(b).

  The case management conference in the 06-3050 matter will occur as currently scheduled on January 8, 2009.

  IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge